UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

JACK NEWSOME,
    Plaintiff,

vs.          03-1109

FRANCIS MELVIN, et al.,
    Defendants.

### ORDER

This cause is before the court for consideration of plaintiff's motion to proceed *in forma pauperis* on appeal. [d/e 191]

Under 28 U.S.C. § 1915(a)(3), the court is required to determine if the plaintiff's appeal is taken in good faith before the court can determine *in forma pauperis* status. "Good faith" within the meaning of § 1915(a)(3) is not about the plaintiff's sincerity in requesting appellate review. Rather, an appeal taken in "good faith" is an appeal that, objectively considered, raises non-frivolous colorable issues. *See Cruz v. Hauck*, 404 U.S. 59, 62 (1971); *see also Coppedge v. United States*, 369 U.S. 438, 445 (1962).

The plaintiff is appealing the court's February 20, 2007 Court Order granting the defendants' motion for summary judgement. *See* February 20, 2007 Court Order. The plaintiff has not stated his reasons for appealing this decision and the court has not found a good faith basis for appeal. However, the United States Court of Appeals for the Seventh Circuit has ruled that where the appellant was authorized to proceed *in forma pauperis* in the district court, a district judge who doubts that the appeal is in good faith should give the plaintiff an opportunity to submit a statement of his grounds for appealing. *See Celske v. Edwards*, 164 F.3d 396 (7th Cir. 1999).

Accordingly, the plaintiff is THEREFORE ORDERED to submit a brief informing the court of his grounds for appealing within fourteen (14) days from the date of this order. If the plaintiff fails to respond within the time specified, the court will make an assessment of the issue of good faith without further consideration. Defendants may respond to plaintiff's brief within seven ( 7) days of service of said brief.

Entered this 25th day of April, 2007.

s/ Harold A. Baker
_____
HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE